MURRAY HILL PARTNERS v. Wilson B. PROPHET, Jr.; Murray Hill Corp.; Brady Landscaping Co., Inc.; Koppers Co., Inc.; Murray Hill Community Assoc., No. 16-80

April 9, 1980. Appellant shall order the transcript by May 9, 1980, or the cause shall be dismissed.